Rose Winkeler, SBN 025023
Bradley Gelder, SBN 026862
COMMUNITY LEGAL SERVICES
305 South 2nd Avenue
Phoenix, Arizona 85003
602-258-3434 ext. 2680
Fax: 602-254-3957
E-mail: rwinkeler@clsaz.org

Counsel for Relator

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 29 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA *ex rel.* TEMPORADO, <br><br> Plaintiff, <br><br> v. <br><br> BASELINE POINT GENERAL CORPORATION; BASELINE POINT LTD PARTNERSHIP dba STERLING POINT APARTMENTS; STERLING POINT II, L.L.C.; PICERNE DEVELOPMENT CORPORATION dba PICERNE MANAGEMENT COMPANY, and CORPORATIONS A–Z. <br><br> Defendants. | **FILED UNDER SEAL** <br><br> **Case No.  CV10-0395-PHX-SRB** <br><br><br> **NOTICE OF DISMISSAL** |
|---|---|

Relator Virginia Temporado, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), hereby dismisses this case without prejudice.  The United States of America consents to the dismissal.

**RESPECTFULLY SUBMITTED** this 27 day of April, 2010.

1

2

COMMUNITY LEGAL SERVICES

3

Rose Winkeler
Counsel for Relator

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, the ORIGINAL of the foregoing document was filed with:

> CLERK OF COURT
> U.S. DISTRICT COURT
> DISTRICT OF ARIZONA
> Sandra Day O'Connor U.S. Courthouse, Suite 130
> 401 West Washington Street, SPC 1
> Phoenix, Arizona 85003-2153

I hereby certify that on April 29, 2010, a COPY of the foregoing document was mailed or hand-delivered to the following:

> UNITED STATES ATTORNEY'S OFFICE
> DISTRICT OF ARIZONA
> Mark Wenker, Assistant U.S. Attorney
> Two Renaissance Square
> 40 N. Central Ave., #1200
> Phoenix, AZ 85004
> Attorney for Plaintiff UNITED STATES OF AMERICA

> The Honorable Susan R. Bolton
> U.S. DISTRICT COURT
> Sandra Day O'Connor U.S. Courthouse, Suite 522
> 401 West Washington Street, SPC 50
> Phoenix, Arizona 85003-2153

By _____